

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00257-CV

**IN RE** Brandon Lee **DOEGE**, Relator

Original Proceeding[1]

PER CURIAM

Sitting: Patricia O. Alvarez, Justice
    Beth Watkins, Justice
    Lori I. Valenzuela, Justice

Delivered and Filed: June 5, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On April 10, 2024, relator filed a petition for a writ of mandamus and an emergency motion to stay proceedings in the underlying matter. After considering the mandamus petition and record, the court concludes relator is not entitled to the relief sought.

Accordingly, relator's petition for writ of mandamus is **DENIED** and his emergency motion to stay is **DENIED** as moot. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2022-CI-20074, styled *Roxanna Acuna, Individually and as Next Friend of N.A., a Minor Child, Joanna Mendiola, Anthony Mendiaola and Adrian Lozano v. Sea World of Texas, LLC, and Brandon Lee Doege*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Angelica I. Jimenez presiding.